# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

IN RE:

    TRACY H. ADAMS and
    STACY K. ADAMS,

        Debtors,

TRACY H. ADAMS and
STACY K. ADAMS,

        Appellants,　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

v.

JASON G. WHITWORTH,

        Appellee.　　　　　　　　　　CASE NUMBER:　　05-1235-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 08/29/05, Appellants' motion for an interlocutory appeal from the Bankruptcy Court's denial of their objection to the removal of a malpractice action from state court to the Bankruptcy Court is DENIED and this case is hereby DISMISSED.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                              THOMAS M. GOULD
                              CLERK

_8/30/05_　　　　　　BY:　_C. Head_
DATE　　　　　　　　　　　　　　　　DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _09-01-05_.

Dockets.Justia.com

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01235 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

W. Scott Rose
BAYDOUN & KNIGHT, PLLC
424 Church St.
Nashville, TN 37219

David M. Cook
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

E. Franklin Childress
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT